FILED
U.S. DISTRICT COURT

2016 JAN 28 ᴾ 2: 47

Name & Number: Maximino Arriaga 184585
Attorney Pro Se
Utah State Prison
PO Box 250
Draper, Utah 84020

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

RECEIVED CLERK

JAN 1 1 2016

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

Maximino Arriaga,
         Plaintiff,

vs.

Medical Staff U.D.O.C.;
JOHN DOES 1-10, employees at
Utah State Prison, individually,

         Defendants.

Case: 2:16cv00031
Assigned To : Shelby, Robert J.
Assign. Date : 1/12/2016
Description: Arriaga v. Department of Co
rrections et al

CIVIL RIGHTS COMPLAINT AND
DEMAND FOR JURY TRIAL

## JURISDICTION

1. Plaintiff Maximino Arriaga is a citizen of ~~Utah~~ Mexico, who presently resides at the Utah State Prison, P.O. Box 250, Draper, Utah 84020.

2. Defendant Dr. Roberts is a citizen of Utah, and is employed as the Doctor, Medical at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the Doctor at the Utah State Prison for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

3. Defendant <u>John Does 1-10</u> is a citizen of Utah, and is employed as the <u>Doctors, Nurses, Physician Assistant</u> at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the <u>Medical staff</u> for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

4. Other Defendants by name and position, if known: _____

_____

_____

_____

_____

5. Defendant John Does 1-10, whose true names are unknown and when true names are ascertained the pleadings will be amended accordingly, are citizens of Utah, and are employed at the Utah State Prison. At the time the claim(s) alleged in this complaint arose, these defendants were acting under color of state law in that they are employees for the Utah Department of Corrections and are directly responsible for wrongful actions alleged herein.

6. Jurisdiction is invoked pursuant to 28 U.S.C. §1343 (3); and 42 U.S.C. §1983.

## B. NATURE OF CASE

Describe the who/what/when/where of your claims:

2

This action is being taken because of incidences being done by medical staff for the Department of Corrections against me because I am an illegal. Health care requests, grievances that have been filled out and sent through proper channels, disappear! I have spoken with medical and even they can't confirm where they went to. So whenever I do get to see medical I am told we will get back to you. Because of the 5th & 14th Amendment I can be treated by medical, but they refuse. Simply because I am an illegal alien! So this brings about another issue of "Negligence". When I have pain everyday, walking is hard, sitting is hard as the stools are made of steel. Medical's failure to proscribe any medication to help control the pain. The problems that occur because of this, is causing my feet to change color as if bruised.

If they would help correct my back pain, all of the above could have been corrected.

3

_____
_____
_____
_____
_____
_____
_____

### C. CAUSE OF ACTION

6.  Plaintiff alleges that the following constitutional rights, privileges or immunities have been violated and that the following facts form the basis for the allegations:

1.  Count I: Plaintiff's Sixth Amendment and Liberty Interests to equal protection is being denied based upon the process of selective incorporation. The Fifth Amendment guarantees me the right to have due process of law for medical care, even if I am an "ALIEN".

_____

2.  Count II:   Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment has been violated by Defendants' actions in that violate the deliberate indifference standard. Because of the serious medical need, the pain and suffering I must endure everyday of my life here in

4

Prison, waiting to be sent home to Mexico.

Other rights being violated (include amendments as appropriate): The 5th Circuit Court holds that under the 5th & 14th Amendments gives legal and non-legal residents the right to due process and free of gross physical abuse at the hands of State or Federal officials
Lynch v. Cannatella, 810 F.2d 1363 (5th Cir. 1987)

### D. INJURY

Describe how you were injured as a result of the claims herein:

The injury is having to suffer with the pain by having to wait for medical to call for me. Even when I am told to re-file. Why?

5

_____

_____

_____

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

13.  Plaintiff has not filed any other law suits in state or federal court dealing with the same facts involved in this action.

14.  Plaintiff has previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of herein to no avail.

### F. REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

a)  Trial by jury.

b)  That counsel be appointed to represent the Plaintiff in this action.

c)  Punitive damages in the amount of $200,000.00.

d)  Compensatory damages in the amount of $250,000.00.

e)  Grant attorney fees and court costs for this action.

f)  Such other and further relief the court deems just and proper.

DATED this 4 day of January, 2016.

_____
Max Avilaga
Plaintiff, Attorney pro se

6

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct, and filed according to 28 U.S.C. Sec. 1976 and 18 U.S.C. Sec. 1621.

EXECUTED at 1740 hrs on January 4, 2016.

Max Avrlaaga
Plaintiff

7

## CERTIFICATE OF MAILING

I do hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the US District Court at 351 South Main Street, Salt Lake City, Utah, 84101 on this __4__ day of __January__, 2016.

_Max Arriaga_
Pro-se