Name: Maximino Arriaga
Address: Gunnison, Utah 84634-0550   P.O. Box 550 B. 130 T
Telephone:

FILED
DISTRICT COURT

2017 AUG 14 P 1: 30

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Maximino Arriaga
(Full Name)
### PLAINTIFF

vs.

Tony Washington

Bruce Burnham

Sidney G. Roberts

_____

### DEFENDANTS

## CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

CIVIL NO. 2:16-cv-00031-RJS
(Supplied by Clerk)

## A. JURISDICTION

1.  Jurisdiction is proper in this court according to:

    a. __ 42 U.S.C. §1983
    b. __ 42 U.S.C. §1985
    c. __ Other (Please Specify) _____

2.  NAME OF PLAINTIFF _Maximino Arriaga_
    IS A CITIZEN OF THE STATE OF _Utah_

    PRESENT MAILING ADDRESS: _Correctional Facility_
    _Gunnison, Utah 84634-0550_
    _P.O. Box 550 B.130 T_

3.    NAME OF FIRST DEFENDANT *Sidney G. Roberts*
      IS A CITIZEN OF _____ *UTAH*
                        (City and State)

      IS EMPLOYED AS *Doctor* _____ at *UTAH State. PRison*
      (Position and Title if Any)        (Organization)
           Was the defendant acting under the authority or color of state law at the time these
           claims occurred?

      YES _X_ NO___.  If your answer is "YES" briefly explain.

      *He denied me medication for my pain*

      _____

      _____


4.    NAME OF SECOND DEFENDANT *Tony Washington*
      (If applicable)

      IS A CITIZEN OF _____ *UTAH*
                        (City and State)

      IS EMPLOYED AS *Director of Medical* at *Utah State PRison.*
      (Position and Title if Any)        (Organization)
           Was the defendant acting under the authority or color of state law at the time these
           claims occurred?

      YES _X_ NO___.  If your answer is "YES" briefly explain.

      *Made dicision to deny medication for pain*

      _____

      _____


5.    NAME OF THIRD DEFENDANT *Bruce Burnham*
      (If applicable)

      IS A CITIZEN OF _____ *Utah*
                        (City and State)
      IS EMPLOYED AS *Head Doctor* ___ at *Utah State Prison.*
      (Position and Title if Any)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___.  If your answer is "YES" briefly explain.

_DENIED MEDICATION FOR PAIN_

_____

_____

6.    NAME OF FOURTH DEFENDANT_____
      (If applicable)

      IS A CITIZEN OF_____
                          (city and State)

      IS EMPLOYED AS_____ at _____.
                    (Position and Title if Any)        (Organization)
                    Was the defendant acting under the authority or color of state law at the time these
                    claims occurred?

      YES ___ NO___.  If your answer is "YES" briefly explain.

      _____

      _____

      _____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1.    Why are you bringing this case to court?  Please explain the circumstances that led to the
      problem.

      _I have Pain in my lower back which is constant._
      _I visited DR Roberts And he deNied me medication_
      _because Im illegAl im magRANt_
      _It was DIRector of medical Tony washiNgton_
      _And Head DR BRUce BURNham which made the_
      _decission to deny medication. This was forwaRded_
      _to DR Roberts. wheRe as I was told of the_
      _deNied medication_

### C. CAUSE OF ACTION

1.  I allege that my constitutional rights, privileges or immunities have been violated and that
    the following facts form the basis for my allegations: (If necessary you may attach additional
    pages)

    a.  (1)   Count I: _Denied medication due to illegAl statis_

        (2)   Supporting Facts: (Describe exactly what each defendant did or did not do.
              State the facts clearly in your own words without citing legal authority or
              arguments.)

              _Doctor Roberts denied medication due to_
              _illegAl statis_

    b.  (1)   Count II: _____

        (2)   Supporting Facts: _These decissions are made by_
              _the directon of medical Tony washington. Also_
              _Head of Doctors Bruce Burnham._

    c.  (1)   Count III: _____

(2)     Supporting Facts: _____

_____

_____

_____

_____

_____

## D. INJURY

1.     How have you been injured by the actions of the defendant(s)?

*I Still am goiNg though coNstaNt pAiN. I NEVER Recieved medication. The paiN is otill the same and sometimes EVEN worse. I fell off top bunk 4 times due to No feeling iN both legs.*

_____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.     Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ (NO)_____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a.     Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

b.     Name of court and case or docket number: _____

    c.     Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

    d.     Issues raised: _____

                          _____

                          _____

    e.     When did you file the lawsuit?   _____
                                           Date     Month    Year

    f.     When was it (will it be) decided? _____

2.     Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES✓ / NO _____.  If your answer is "YES" briefly describe how relief was sought and the results.   If your answer is "NO" explain why administrative relief was not sought.

       _I filed (3) grievances for a Resolution to the problem. I was denied twice and the third grievance was never answered._
       _I filed for a court case #2:16-cv-00031-RJS_

## F. REQUEST FOR RELIEF

1.     I believe that I am entitled to the following relief:

       _$250,000⁰⁰ and be deported to Mexico for further medical care_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.


Executed at _GUNNISON_____    on _July 30th_ 20_17_.
           (Location)                (Date)


_Max Arriaga_
Signature